[Civ. No. 2154.   First Appellate District.—April 13, 1918.]

CUDAHY PACKING COMPANY, Appellant, v. R. ROSENBERG & SONS CO., Respondent.

CORPORATION LAW—GUARANTY OF ACCOUNT OF CUSTOMER—AUTHORITY OF GENERAL MANAGER.—Judgment reversed on the authority of *Armour & Co.* v. *R. Rosenberg & Sons Co., ante,* p. 773.

APPEAL from a judgment of the Superior Court of the City and County of San Francisco. James M. Seawell, Judge.

The questions involved are similar to those presented in *Armour & Co.* v. *R. Rosenberg & Sons Co., ante,* p. 773.

Ornbaun & Fraser, for Appellant.

Louis H. Brownstone, for Respondent.

KERRIGAN, J.—The questions involved in this appeal are in all respects similar to those presented in *Armour & Co.* v. *R. Rosenberg & Sons Co.* (No. 2104), *ante*, p. 773, [173 Pac. 404], and upon the authority of that case the judgment is reversed.

Zook, J., *pro tem.*, and Beasly, J., *pro tem.*, concurred.

A petition for a rehearing of this cause was denied by the district court of appeal on May 13, 1918, and a petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on June 10, 1918.